| | |
|---|---|
| TREVOR J. HATFIELD, ESQ.<br>Nevada Bar No. 7373<br>**HATFIELD & ASSOCIATES, LTD.**<br>703 South Eighth Street<br>Las Vegas, Nevada 89101<br>(702) 388-4469 Tel.<br>(702) 386-9825 Fax<br>*thatfield@hatfieldlawassociates.com*<br><br>*Attorney for Plaintiff* | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAQUEL JACOBS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOTEL NEVADA AND GAMBLING HALL, LTD., a Domestic Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | CASE NO: 2:17-cv-02517-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br>**(First Request)** |

COMES NOW, Plaintiff RAQUEL JACOBS (hereinafter, "Plaintiff"), by and through her counsel, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant HOTEL NEVADA AND GAMBLING HALL, LTD. (hereinafter "Defendant"), by and through its counsel, Whitney L. Welch-Kirmse, Esq., of the law firm of Greenberg Traurig, LLP, and do hereby stipulate and agree to an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss (ECF #13). Accordingly, Plaintiff shall have up to and including April 20, 2018 to respond to Defendant's Motion to Dismiss (ECF #13. This is the parties first request.

Plaintiff's response to Defendant's Motion to Dismiss is currently due March 30, 2018. Plaintiff's counsel requests the extension due to conflicts in his work schedule and he will be out of the country on a scheduled family vacation from March 23, 2018, through April 10, 2018.

1

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' first request for an extension concerning an extension of the time for Plaintiff to respond to a dispositive motions deadline.

| Dated: March 19, 2018 | Dated: March 19, 2018 |
|---|---|
| HATFIELD & ASSOCIATES, LTD. | GREENBERG TAURIG, LLP |
| /s/ *Trevor J. Hatfield* | /s/ *Whitney L. Welch-Kirmse* |
| Trevor J. Hatfield, Esq.<br>Nevada Bar No. 7373<br>703 S. Eighth St.<br>Las Vegas, NV 89101<br>Tel.: (702) 388-4469<br>Fax: (702) 386-9825<br>Email: thatfield@hatfieldlawassociates.com<br>*Attorney for Plaintiff* | Mark E. Ferrario, Esq.<br>Nevada Bar No. 1625<br>Whitney L. Welch-Kirmse, Esq.<br>Nevada Bar No. 12129<br>3773 Howard Hughes Parkway, #400 North<br>Las Vegas, NV 89169<br>Tel.: (702) 792-3773<br>Fax: (702) 792-9002<br>Email: ferrariom@gt.aw.com<br>welchkirmsew@gtlaw.com<br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 3/20/2018 _____.