MARK E. FERRARIO
Nevada Bar No. 1625
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
       welchkirmsew@gtlaw.com

*Counsel for Defendant Hotel Nevada and Gambling Hall, Ltd.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RAQUEL JACOBS, an individual, | Case No.: 2:17-CV-02517 |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| HOTEL NEVADA AND GAMBLING HALL, LTD., a Domestic Limited-Liability Company; DOES I through X inclusive, and, ROE CORPORATIONS I through X, inclusive, | ECF No. 31 |
| Defendants. | |

Plaintiff Raquel Jacobs ("Plaintiff"), by and through her counsel of record, the law firm HATFIELD & ASSOCIATES, LTD. and Defendant Hotel Nevada and Gambling Hall, Ltd. ("Defendant"), by and through its counsel of record, the law firm GREENBERG TRAURIG, LLP, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with FRCP 41(a)(2).

///
///
///
///
///
///
///

1

*LV 421144720v1*

Each party shall bear its own attorney fees and costs of suit.

**IT IS SO STIPULATED.**

DATED this 16th day of May, 2018.  DATED this 16th day of May, 2018.

**HATFIELD & ASSOCIATES, LTD.**  **GREENBURG TRAURIG, LLP**

 /s/Trevor J. Hatfield   /s/Whitney Welch-Kirmse
TREVOR J. HATFIELD, ESQ.  MARK E. FERRARIO, ESQ.
Nevada Bar No. 7373  Nevada Bar No. 1625
703 S. Eighth Street  WHITNEY L. WELCH-KIRMSE, ESQ.
Las Vegas, Nevada 89101  Nevada Bar No. 12129
*Attorney for Plaintiff*  3373 Howard Hughes Parkway, Suite 400N
　　　　　　　　　　　　　　　　Las Vegas, Nevada 89169
　　　　　　　　　　　　　　　　*Attorneys for Defendant*

**ORDER**

Based on the parties' stipulation **[ECF No. 31]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE
DATED: 5-17-18

Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)